

||||
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | UNITED STATES DISTRICT COURT | |
| 8 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 9 | | |
| 10 | LUIS COTT, JR., A#221350561, | Case No.: 25-cv-3785-CAB-AHG |
| 11 | | |
| 12 | Petitioner, | **ORDER SETTING DEADLINE TO AVOID DISMISSAL OF PETITION FOR FAILURE TO SATISFY FILING FEE REQUIREMENT** |
| 13 | v. | |
| 14 | WARDEN, OTAY MESA DETENTION CENTER, | |
| 15 | | |
| 16 | Respondent. | |

Petitioner Luis Cott Jr. ("Petitioner"), an immigration detainee housed at the Otay Mesa Detention Center in San Diego, California, proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1.] However, Petitioner has not paid the $5.00 filing fee or moved to proceed in forma pauperis.

A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. *See* CivLR 3.2; *see also* Rules 1(b), 3(a), Rules Governing Section 2254 Cases (2019). Because the Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed in forma pauperis, this case is subject to dismissal without prejudice.

To avoid dismissal of this habeas case, Petitioner must, no later than **March 6, 2026**, either: (1) pay the $5.00 filing fee **OR** (2) submit adequate proof of his inability to pay the

fee. *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank application to proceed in forma pauperis.*

     Finally, Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter. The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

     It is **SO ORDERED**.

Dated: January 6, 2026

Hon. Cathy Ann Bencivengo
United States District Judge