UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS COTT JR.,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER, et al.,<br><br>　　　　　　　　　Respondents. | Case No.:  3:25-cv-3785-CAB-AHG<br><br>**ORDER FOR SUPPLEMENTAL INFORMATION FROM RESPONDENTS** |

　　　On January 08, 2026, Petitioner Luis Cott Jr. filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 3 ("Petition").]  On January 21, 2026, Respondents filed a response stating that while Petitioner's removal proceedings remain ongoing, Petitioner remains mandatorily detained under 8 U.S.C. § 1225(b)(2). [Doc. No. 7 at 5–6.]  Respondents also stated that Petitioner has an individual merits hearing scheduled for March 3, 2026.  [*Id.* at  9.]  On February 2, 2026, Petitioner file a reply.  [Doc. No. 9.]

　　　The Court requests that Respondents provide a supplemental filing by **March 5, 2026** detailing the outcome of Petitioner's March 3, 2026 individual merits hearing and

1  any changes to Petitioner's immigration status.  If Petitioner's status has changed,
2  Respondents may make any relevant updates to their argument.  The Court will order a sur
3  reply from Petitioner if necessary.
4        It is **SO ORDERED**.
5  Dated:  February 10, 2026

                                              Hon. Cathy Ann Bencivengo
                                              United States District Judge