# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LUIS COTT, JR.,<br>A#221350561,<br><br>         Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION<br>CENTER,<br><br>         Respondent. | Case No.:  25-cv-3785-CAB-AHG<br><br>**ORDER REQUIRING A BOND HEARING** |

Luis Cott Jr. ("Petitioner"), an immigration detainee housed at the Otay Mesa Detention Center in San Diego, California, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 3 ("Petition").] Respondents have conceded that Petitioner is entitled to a bond hearing. [Doc. No. 15.]

///

///

///

///

///

///

///

///

1

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge by **March 27, 2026**.  The Clerk of the Court shall close the case on April 1, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  March 13, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

25-cv-3785-CAB-AHG